DAN RAYFIELD
Attorney General
SCOTT KENNEDY #260337
Senior Assistant Attorney General
GALEN KNOWLES, TPN T26051501, WSBA #59644
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 9716731880
Fax: 9716735000
Email:  scott.kennedy@doj.oregon.gov
        galen.knowles@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF OREGON; TINA KOTEK, Governor of Oregon, in her official capacity; JULIE BROWN, Chair, Oregon Transportation Commission, in her official capacity; AMY JOYCE, DMV Administrator, in her official capacity,<br><br>　　　　　Defendants. | Case No.  3:26-cv-01060-YY<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

**L.R. 7-1(a)(1) CERTIFICATE OF CONFERRAL**

Pursuant to LR 7-1, the undersigned counsel for Defendants certify that they have conferred in good faith with counsel for Plaintiff. Plaintiff consents to this motion.

**MOTION**

Defendants respectfully move, pursuant to Federal Rule of Civil Procedure 6(b), for an order extending their deadline to respond to the Complaint from June 22, 2026 to July 7, 2026. The extension is warranted because counsel for Defendants are continuing to evaluate the Complaint. Defendants' counsel conferred with Plaintiff's counsel on this request, and Plaintiff's counsel consented to this extension. Defendants' counsel also informed Plaintiff's counsel that, should Defendants elect to file a motion under Federal Rule of Civil Procedure 12, they will seek to confer on a mutually agreeable briefing schedule for that motion. Such a schedule may therefore be proposed to the Court at a later date.

Defendants therefore respectfully request an order extending their deadline to respond to the Complaint to July 7, 2026.

DATED June 17, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Scott  Kennedy*
SCOTT KENNEDY #260337
Senior Assistant Attorney General
GALEN KNOWLES, TPN T26051501, WSBA #59644
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
scott.kennedy@doj.oregon.gov
galen.knowles@doj.oregon.gov
Attorneys for Defendants

Page 2 -    DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
            OF TIME TO RESPOND TO COMPLAINT
            SK5/jt3